UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X     Chapter     **13**

IN RE:     **Claudya McPhail**

Case No.:

Debtor(s)     STATEMENT PURSUANT TO LOCAL RULE 2017

-----------------------------------------------X

I, **Adam C. Gomerman**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **5/1/23** | Initial interview, analysis of financial condition, etc. |
| **5/1/23** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $  __5,500.00__  .

Dated: **May  1, 2023**

/s/ Adam C. Gomerman
**Adam C. Gomerman**
Attorney for debtor(s)
**Law Offices of Adam C. Gomerman**
**807 East Jericho Turnpike**
**Huntington Station, NY 11746**

**631-549-1111 Fax:631-759-2925**
**adam@longislandlaws.com**